# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**SHANNON BAKER,**

    **Plaintiff**

                        Case No. 16-12039
                            Hon. Bernard A. Friedman
                            Magistrate Judge: Steven Whalen

v.

**CACH, LLC, and WILLIAM C.**
**GROSSMAN, PLLC dba**
**WILLIAM C GROSSMAN LAW**

    **Defendant**.

## STIPULATION TO DISMISS WITH PREJUDICE

The Parties hereto having so stipulated prior to the Defendant Answering:

IT IS HEREBY ORDERED that Plaintiff Shannon Baker's claims against Defendant CACH, LLC and William C. Grossman dba William C. Grossman Law are dismissed in their entirety, *with prejudice*, the parties to bear their own costs and fees.

SO ORDERED.

                                                __s/ Bernard A. Friedman____
                                                US DISTRICT COURT JUDGE

August 4, 2016